IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NEW CINGULAR WIRELESS PCS,       )
LLC d/b/a AT&T MOBILITY          )
                                 )
v.                               ) NO. 3-14-0389
                                 ) JUDGE CAMPBELL
RUTHERFORD COUNTY,               )
TENNESSEE, et al.                )

ORDER

Pending before the Court is a Joint Motion for Leave to File Two Motions for Summary Judgment and Request for Expedited Ruling (Docket No. 25). The Motion is GRANTED, and the parties shall have leave to file, potentially, two sets of dispositive Motions, in accordance with the Case Management Order #2 (Docket No. 20) and/or any further scheduling Orders entered by the Magistrate Judge.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE