IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NEW CINGULAR WIRELESS PCS, )
LLC d/b/a AT&T Mobility )
) No. 3-14-0389
v. )
)
RUTHERFORD COUNTY, )
TENNESSEE; RUTHERFORD )
COUNTY, TENNESSEE BOARD OF )
ZONING APPEALS )

O R D E R

On June 27, 2014, the parties filed cross motions for summary judgment on Claims I and III of the plaintiff's amended complaint (Docket Entry Nos. 29 and 32).

As provided in the order entered May 8, 2014 (Docket Entry No. 20), any response shall be filed by July 25, 2014, and any reply, if necessary, shall be filed by August 14, 2014.

No other filings in support of or in opposition to the pending motions shall be made after August 14, 2014, except with the express permission of the Honorable Todd J. Campbell.

The Clerk is directed to forward the file in this case to Judge Campbell for his consideration of the plaintiff's motion for summary judgment and accompanying filings (Docket Entry Nos. 29-31), and the defendants' motion for summary judgment and accompanying filings (Docket Entry Nos. 32-34), the responses to be filed by July 25, 2014, and any replies to be filed by August 14, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge